**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Franklin L. Noel, 9W |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  MJ 09-464 FLN |
| | ) | Date:  November 17, 2009 |
| Paramena J. Shikanda (03), | ) | Time Commenced:  3:20 p.m. |
| | ) | Time Concluded:  3:23 p.m. |
| Defendant. | ) | Time in Court:  3 Minutes |

### APPEARANCES:

Plaintiff:     David Genrich,  Assistant U.S. Attorney

Defendant:     Doug Olson,   ☒ FPD   ☒ Appointed

Date Charges Filed: November 10, 2009      Offense: Conspiracy to commit mail fraud and wire fraud
                                                                18 U.S.C. § 1349

☒ Charges read into record     ☒ Advised of Rights

on     ☒ Indictment

**Charges from another district: Southern District of West Virginia, Charleston**

☒ Government moves for detention.
Motion is:     ☒ granted, temporary detention ordered

Next appearance date is November 19, 2009 at 1:30 p.m. before U.S. Magistrate Judge Franklin L. Noel, 9W  for:
☒ detention hrg          ☒ removal hrg

> *s/Joan Flood*
> Criminal Duty Clerk